# MEMORANDUM DECISIONS

## CASES WITHOUT OPINIONS

ORMAN P. DOW, App't vs. EDWIN A. SHEPARD.

Piscataquis County. Decided March 3, 1920. This is an action on the case to recover damages resulting from a breach of warranty in the sale of a pig, alleged to have been sick with cholera. The verdict was in favor of the plaintiff.

All the disputed issues are those of fact and were presented to and passed upon by the jury.

The burden now resting upon the defendant to convince this court that the verdict was manifestly wrong has not been sustained. Motion overruled. *Hudson & Hudson*, for plaintiff. *J. S. Williams*, for defendant.